UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, | Civil Action No. |
| Plaintiff, | |
| v. | |
| SUMMIT FINANCIAL CORPORATION and TIMOTHY DOHERTY, | |
| Defendants. | **05-10742 RCL** |

DISCLOSURE STATEMENT
OF EVANSTON INSURANCE COMPANY
UNDER LOCAL RULE 7.3

Evanston Insurance Company ("Evanston") makes the following disclosure pursuant to Local Rule 7.3.

Evanston is wholly owned by Markel Corporation, a publicly traded company.

EVANSTON INSURANCE COMPANY,

By its attorneys,

_____
Steven L. Schreckinger (BBO #447100)
Harvey Nosowitz (BBO #556966)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: April 13, 2005