UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SUMMIT FINANCIAL CORPORATION and<br>TIMOTHY DOHERTY,<br>　　　　　Defendants. | Civil Action<br>No. 1:05-CV-10742-RCL |

**NOTICE OF DISMISSAL**

Plaintiff Evanston Insurance Company dismisses this action with prejudice.

EVANSTON INSURANCE COMPANY,

By its attorneys,

Steven L. Schreckinger (BBO #447100)
Harvey Nosowitz (BBO #556966)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

Dated: July 29, 2005

HN2433.3